**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-19291/650453379

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| IN RE: | No. 2:09-bk-17258-SSC |
|---|---|
| Rafael G. Olloren and Jean R. Olloren | Chapter 13 |
| Debtors. | OBJECTION TO CHAPTER 13 PLAN |
| CitiMortgage, Inc. | |
| Secured Creditor, vs. | |
| Rafael G. Olloren and Jean R. Olloren, Debtors; Edward J. Maney, Trustee. | |
| Respondents. | |

CitiMortgage, Inc., a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtor for the following reasons:

1. The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to CitiMortgage, Inc., pursuant to the proof of claim in the amount of $9,859.23. Secured creditor requests that the arrearages as set forth in its Amended Proof of Claim be paid through the Plan. A copy of Secured

Creditor's Amended Proof of Claim is attached hereto as Exhibit "A" and made a part hereof by this reference.

  2.  The Chapter 13 Plan filed with the Court does not provide to secured creditor repayment of its attorney fees incurred for bankruptcy and/or foreclosure proceedings. Secured creditor requests that the attorney fees as set forth in its Amended Proof of Claim be paid through the Plan.

  Secured Creditor will withdraw these objections when presented with a Stipulated Order Confirming Plan that provides for the arrearages, interest and fees as provided in the Amended Proof of Claim and as stated above.

  DATED this 27th day of January, 2010.

            Respectfully submitted,

            TIFFANY & BOSCO, P.A.


            BY /s/ MSB # 010167
              Mark S. Bosco
              Leonard J. McDonald
              Attorneys for Secured Creditor

COPY of the foregoing mailed
January 27, 2010 to:

Rafael G. Olloren and Jean R. Olloren
8355 W. Shaw Butte Drive
Peoria, AZ 85345
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064-0434
Trustee


By: Julie Purvis