0917258Edward J. Maney, Trustee
P. O. Box 10434
Phoenix, AZ 85064
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | CHAPTER 13 BANKRUPTCY |
| ) | |
| RAFAEL G. OLLOREN ) | CASE NO. 2-09-bk-17258-SSC |
| xxx-xx-9487 ) | |
| JEAN R. OLLOREN ) | TRUSTEE'S EVALUATION AND |
| xxx-xx-5814 ) | RECOMMENDATION(S) REPORT WITH |
| ) | NOTICE OF POTENTIAL DISMISSAL IF |
| ) | CONDITIONS ARE NOT SATISFIED |
| ) | |
| ) | SUPPLEMENTAL |
| Debtor(s) ) | RE: CHAPTER 13 PLAN |

Edward J. Maney, Trustee, has analyzed the Debtor's Chapter 13 Plan and supporting documents and submits the following supplemental evaluation and recommendation(s):

1. Interim Plan payments are current with payment of $266.00 due 2/22/10.

2. CitiMortgage has filed an objection to the Plan. The Trustee requires the objection to be resolved.

3. The Trustee requires copies of Debtors' two most recent consecutive paycheck stubs from each employer for each employed Debtor for verification of income and deductions. The Trustee also requires a copy of all 2009 W-2's and 1099;s.

4. If this case is not confirmed prior to the 2009 tax deadline or Debtor(s) have filed their tax return prior to confirmation, the Trustee requires Debtors to submit a copy of their 2009 federal and state tax return, along with a copy of all W-2's

5. The Trustee's analysis reveals a $3,442.96 funding shortfall, which must be cured before the Plan can be confirmed.

DEBTORS WERE TO COMPLY WITH THE PRIOR RECOMMENDATION NO LATER THAN 12/19/09. NO MOTION TO PROVIDE ADDITOINAL TIME WAS FILED AND/OR REQUESTED. DEBTORS MUST SUBMIT AND RESOLVE ALL ISSUES WITHIN 30 DAYS OR A DISMISSAL ORDER WILL BE LODGED.

If the Debtor(s) have any questions or concerns regarding this Recommendation, they should contact their attorney. If Debtor(s) are not represented by counsel, they may contact the Case Administrator at extension 210.

The Plan can not be confirmed due to the objection(s) filed. **You are hereby advised that the Trustee may lodge an Order of Dismissal should Debtor fail to remain current in Plan payments, resolve above item(s) 2 through 5 and all other issues in the prior Recommendation and submit Stipulated Order Confirming to the Trustee for review and signature or request a hearing within 30 days from the date of this Trustee's Recommendation. The Trustee reserves the right to file a Supplemental Recommendation.**

Dated: See Electronic Signature Block

                                            Edward J. Maney, Trustee

Copies of the foregoing
mailed See Electronic Signature Block to:
to:

Joseph Charles
P. O. Box 1737
Glendale, AZ   85311

Rafael and Jean Olloren
8355 W. Shaw Butte Drive
Peoria, AZ   85345